# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GOODWIN, CAREY L | § Case No. 11-80037 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/21/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____      By: ___/s/ STEPHEN G. BALSLEY_____
                                                                                    Trustee

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GOODWIN, CAREY L § Case No. 11-80037
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,011.09 |
| *and approved disbursements of* | $ 9.07 |
| *leaving a balance on hand of* [1] | $ 4,002.02 |
| **Balance on hand:** | $ 4,002.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,002.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,000.51 | 0.00 | 1,000.51 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,000.51 |
| Remaining balance: | $ 3,001.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,001.51 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,001.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,093.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Terry Hoss Attorney at Law | 65.00 | 0.00 | 32.02 |
| 2 | Discover Bank | 6,028.27 | 0.00 | 2,969.49 |

Total to be paid for timely general unsecured claims: $ 3,001.51
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00
Remaining balance: $            0.00

Prepared By:  /s/STEPHEN G. BALSLEY
                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                               Case No. 11-80037-MB
Carey L Goodwin                                                      Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2          Date Rcvd: Sep 01, 2011
                              Form ID: pdf006            Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2011.
db           +Carey L Goodwin,    2913 22nd St,    Rockford, IL 61109-1423
aty          +Karl C. Koonmen, Jr.,    Loves Park Legal Clinic,    535 Loves Park Drive,
               Loves Park, IL 61111-5180
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2582
16636660     +Aba,   300 1/2 South 2nd,    Clinton, IA 52732
16636661     +Allied Business,    PO Box 1600,    Clinton, IA 52733-1600
16636662     +Alpine Bank & Trust Co,    1700 N Alpine Rd,    Rockford, IL 61107-1459
16636663     +Associated Bank,    200 N Adams St,    Green Bay, WI 54301-5174
16636664     +Associated Card Servic,    1305 Main St,    Stevens Point, WI 54481-2830
16636665     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16636667    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
16636668     +Cb Accts Inc,    1101 Main St Suite,    Peoria, IL 61606-1928
16636669      Central Dupage Hospital,    Dept 77304 PO Box 77000,    Detroit, MI 48277-0304
16636670     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16636671     +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
16636672     +Chase Mht Bk,    Attn: Bankruptcy,   Po Box 15145,    Wilmington, DE 19850-5145
16636673     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16636676     +City of Rockford,    PO Box 1221,    425 E State St,    Rockford, IL 61104-1068
16636680      Disney Movie Club,    PO Box 768,    Neenah, WI 54957-0768
16636681     +Dr. Gregory Stewart,    1393 S Alpine Road,    Rockford, IL 61108-4069
16636682     +Dr. Paul Galluzo,    6999 Redansa,    Rockford, IL 61108-1201
16636678    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,   RAPID CITY SD 57709-6154
              (address filed with court: Conseco Finance,    Attn: Bankruptcy,   P.O. Box 6154,
               Rapid City, SD 57709)
16636688    ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
              (address filed with court: Guaranty Bank,    4000 W. Brown Deer,    Brown Deer, WI 53209)
16636693     +HSBC Menards,    PO Box 5253,    Carol Stream, IL 60197-5253
16636689     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16636690     +Hillcrest Animal Hospital,    227 N Alpine Rd,    Rockford, IL 61107-4989
16636691     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16636692     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16636695     +Lane Bryant,    Po Box 182686,    Columbus, OH 43218-2686
16636696     +Lb Retail,   Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
16636697      Loyola University Physicians,    PO Box 1010,    Tinley Park, IL 60477-9110
16636698     +Mark Butitta Auto Service,    2429 S Alpine,    Rockford, IL 61108-7810
16636699     +Midwest Pathology,    Dept 4003,    Carol Stream, IL 60122-0001
16636700     +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
16636702     +NCO Financeal Service,    PO Box 15740,    Wilmington, DE 19850-5740
16636704     +Ntl City Mtg,    6 N Main St,    Dayton, OH 45402-1902
16636705     +Ntlbk Sycmre,    230 West State Street,    Sycamore, IL 60178-1419
16636706     +Odpt/cbsd,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
16636707     +Pierce & Associates,    1 N. Dearborn,   Chicago, IL 60602-4373
16636708     +Prin Res Mtg,    Attn: Bankruptcy,    4303 Fleur Drive,    Des Moines, IA 50321-2327
16636709     +Radiology Consultants of Rockford,    PO Box 4542,    Rockford, IL 61110-4542
16636710      Rock River Water Reclamation Dist,    PO Box 6207,    Rockford, IL 61125-1207
16636711      SAMG,   PO Box 1567,    Rockford, IL 61110-0067
16636712     +Sams Club,   Attention: Bankruptcy Department,     Po Box 105968,   Atlanta, GA 30348-5968
16636714     +Silver Leaf Resorts,    PO Box 359,    Dallas, TX 75221-0359
16636713     +Silver Leaf Resorts,    1221 Riverbend,    Ste 120,    Dallas, TX 75247-4919
16636716     +Terry Hoss Attorney at Law,    PO Box 449,    Cherry Valley, IL 61016-0449
16636717    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
16636718     +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 15298,
               Wilmington, DE 19850-5298
16636719     +Wffinancial,    800 Walnut St,    Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16636677      E-mail/Text: legalcollections@comed.com Sep 02 2011 03:21:21      Commonwealth Edison (Com Ed),
               Bill Payment Center,    Chicago, IL 60668-0001
17616534      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2011 06:35:47      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16636679     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2011 06:35:47      Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
16636684     +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2011 05:46:06      GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
16636683     +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2011 05:46:06      Gemb,   Attn: Bankruptcy,
               P.O. Box 103104,    Roswell, GA 30076-9104
16636685     +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2011 05:46:06      Gemb/discount Tires,
               Po Box 981439,    El Paso, TX 79998-1439
```

```
District/off: 0752-3          User: cshabez             Page 2 of 2                  Date Rcvd: Sep 01, 2011
                              Form ID: pdf006          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16636686    +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2011 05:46:06      Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
16636687    +E-mail/Text: Jaccinda.J.Nelson@gtservicing.com Sep 02 2011 03:23:24      Green Tree Servicing L,
              Po Box 6172,    Rapid City, SD 57709-6172
16636694    +E-mail/PDF: cr-bankruptcy@kohls.com Sep 02 2011 05:46:07      Kohls,    Attn: Recovery Dept,
              Po Box 3120,    Milwaukee, WI 53201-3120
16636703    +E-mail/Text: bankrup@nicor.com Sep 02 2011 03:19:50      Nicor Gas,
              Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16636701     Nbgl Bergner
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2582
16636715*   +Silver Leaf Resorts,    PO Box 359,   Dallas, TX 75221-0359
16636666    ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16636674    ##++CITIFINANCIAL,    2510 84TH ST S STE 33,    TACOMA WA  98499-9034
              (address filed with court: Citifinancial,     2310 84th St S Ste 33,    Tacoma, WA 98499)
16636675    ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                      TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2011**                    **Signature:**   _Joseph Speetjens_