# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: GOODWIN, CAREY L | § | Case No. 11-80037 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $150,775.00
*(without deducting any secured claims)*

Assets Exempt: $15,796.00

Total Distribution to Claimants: $3,001.51

Claims Discharged
Without Payment: $12,239.36

Total Expenses of Administration: $1,009.58

3)  Total gross receipts of $     4,011.09     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2** ), yielded net receipts of $4,011.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $141,842.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,009.58 | 1,009.58 | 1,009.58 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,143.60 | 6,093.27 | 6,093.27 | 3,001.51 |
| **TOTAL DISBURSEMENTS** | $156,985.60 | $7,102.85 | $7,102.85 | $4,011.09 |

4)  This case was originally filed under Chapter 7 on January 05, 2011. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/12/2011_____   By:_/s/STEPHEN G. BALSLEY_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund | 1224-000 | 4,011.00 |
| Interest Income | 1270-000 | 0.09 |
| **TOTAL GROSS RECEIPTS** | | $4,011.09 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Silver Leaf Resorts | 4110-000 | 5,777.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 89,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree Servicing L | 4110-000 | 41,768.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 4110-000 | 4,497.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $141,842.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,000.51 | 1,000.51 | 1,000.51 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.41 | 4.41 | 4.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.66 | 4.66 | 4.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,009.58 | 1,009.58 | 1,009.58 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Terry Hoss Attorney at Law | 7100-000 | 65.00 | 65.00 | 65.00 | 32.02 |
| 2 | Discover Bank | 7100-000 | 5,931.00 | 6,028.27 | 6,028.27 | 2,969.49 |
| NOTFILED | Midwest Pathology | 7100-000 | 253.27 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 89.00 | N/A | N/A | 0.00 |
| NOTFILED | Nbgl Bergner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 405.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mark Butitta Auto Service | 7100-000 | 1,180.81 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCO Financeal Service | 7100-000 | 404.50 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Menards | 7100-000 | 728.97 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Physicians | 7100-000 | 53.97 | N/A | N/A | 0.00 |
| NOTFILED | Lb Retail | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Physicians | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Odpt/cbsd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 729.00 | N/A | N/A | 0.00 |
| NOTFILED | Silver Leaf Resorts | 7100-000 | 227.35 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual / Providian | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SAMG | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Ntlbk Sycmre | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ntl City Mtg | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Prin Res Mtg | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dist | 7100-000 | 126.89 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 40.37 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Central Dupage Hospital | 7100-000 | 23.58 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cb Accts Inc | 7100-000 | 309.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Capital One, N.a. Bankruptcy Dept | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Aba | 7100-000 | 1,161.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business | 7100-000 | 1,160.59 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Associated Card Servic | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/discount Tires | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GEMB / HH Gregg | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Guaranty Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dr. Paul Galluzo | 7100-000 | 1,266.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford | 7100-000 | 101.50 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison (Com Ed) Bill Payment Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Conseco Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dr. Gregory Stewart | 7100-000 | 345.00 | N/A | N/A | 0.00 |
| NOTFILED | Disney Movie Club | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hillcrest Animal Hospital | 7100-000 | 391.80 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 15,143.60 | 6,093.27 | 6,093.27 | 3,001.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-80037 | Trustee:   (330410)   STEPHEN G. BALSLEY |
| Case Name:   GOODWIN, CAREY L | Filed (f) or Converted (c): 01/05/11 (f) |
| | §341(a) Meeting Date:   02/10/11 |
| Period Ending: 12/12/11 | Claims Bar Date:   08/02/11 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2607 Craig Hill Dr, Rockford, IL 61109 | 84,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2913 22nd Street, Rockford, IL 61109 | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking - Chase Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | State University Retirement System | 664.00 | 0.00 | DA | 0.00 | FA |
| 7 | Silver Leaf Resorts Time Share (1 week in Sherid | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Silver Leaf Resorts Time Share (1 week in Branso | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2003 Hyundai Sante Fe | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1994 Chevrolet Pick up Truck | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Yamaha Dirt Bike | 600.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2010 Tax Refund  (u) | 4,011.00 | 4,011.00 | DA | 4,011.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.09 | FA |
| 13 | **Assets**   **Totals** (Excluding unknown values) | **$150,775.00** | **$4,011.00** | | **$4,011.09** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):      August 2, 2011          Current Projected Date Of Final Report (TFR):      August 3, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80037 |
| Case Name: | GOODWIN, CAREY L |
| | |
| Taxpayer ID #: | **-***6365 |
| Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******86-65 - Money Market Account |
| Blanket Bond: | $373,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/11 | {12} | Carey Lynn Goodwin | Non-exempt portion of 2010 tax refunds | 1224-000 | 4,011.00 | | 4,011.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,011.03 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-80037 | 2300-000 | | 4.41 | 4,006.62 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,006.65 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,006.68 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.66 | 4,002.02 |
| 08/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,002.02 |
| 08/03/11 | | To Account #9200******8666 | Transfer funds from MMA to Checking Account | 9999-000 | | 4,002.02 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **4,011.09** | **4,011.09** | **$0.00** |
| Less: Bank Transfers | 0.00 | 4,002.02 |
| **Subtotal** | **4,011.09** | **9.07** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$4,011.09** | **$9.07** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-80037 | |
| Case Name: | GOODWIN, CAREY L | |
| | | |
| Taxpayer ID #: | **-***6365 | |
| Period Ending: | 12/12/11 | |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****86-66 - Checking Account |
| Blanket Bond: | $373,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/11 | | From Account #9200******8665 | Transfer funds from MMA to Checking Account | 9999-000 | 4,002.02 | | 4,002.02 |
| 09/21/11 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,000.51, Trustee Compensation;  Reference: | 2100-000 | | 1,000.51 | 3,001.51 |
| 09/21/11 | 102 | Terry Hoss Attorney at Law | Dividend paid  49.25% on $65.00; Claim# 1; Filed: $65.00; Reference: | 7100-000 | | 32.02 | 2,969.49 |
| 09/21/11 | 103 | Discover Bank | Dividend paid  49.25% on $6,028.27; Claim# 2; Filed: $6,028.27; Reference: | 7100-000 | | 2,969.49 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,002.02 | 4,002.02 | $0.00 |
| Less: Bank Transfers | 4,002.02 | 0.00 | |
| Subtotal | 0.00 | 4,002.02 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,002.02 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-*****86-65 | 4,011.09 | 9.07 | 0.00 |
| Checking # 9200-*****86-66 | 0.00 | 4,002.02 | 0.00 |
| | $4,011.09 | $4,011.09 | $0.00 |